**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name: The University of Texas MD Anderson Cancer Center v. Courtney Simpson

Appellate case number: 01-20-00679-CV

Trial court case number: 2018-51087

Trial court: 152nd District Court of Harris County

Date motion filed: September 17, 2021

Party filing motion: Appellee

 

      The en banc court has unanimously voted to deny appellee's motion for en banc reconsideration. It is ordered that the motion is **denied**.

 

Judge's signature: ____/s/ Julie Countiss_____
                   Acting for the En Banc Court*

*En banc court consists of Chief Justice Radack and Justices Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Kelly, J., not sitting.

Date: ___March 3, 2022_____